JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.Z., by and through her parent, YILING ZHANG, YILING ZHANG, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LAKE ELSINOR UNIFIED SCHOOL DISTRICT, et al.,<br>　　　　Defendants. | Case No. EDCV 07-1091-VAP (JCRx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: May 23, 2008

　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　United States District Judge